UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 06/2017)

In re:

**Keith Allen Bliss**,
**Amy Kristen Bliss**,
     Debtors.

Case No. **17–07592–JMC–13**

# NOTICE OF HEARING

A Motion to Determine Validity of Payment Change (Claim # 6 for U.S. Bank Trust National Association) was filed on June 10, 2019, by Trustee Ann M. DeLaney. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: July 16, 2019
    Time: 01:00 PM EDT
    Place: Rm. 325 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: June 11, 2019

                                                    Kevin P. Dempsey
                                                    Clerk, U.S. Bankruptcy Court