United States Bankruptcy Court
Southern District of Indiana

In re:  
Keith Allen Bliss  
Amy Kristen Bliss  
    Debtors

Case No. 17-07592-JMC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0756-1     User: admin     Page 1 of 1     Date Rcvd: Jun 11, 2019  
                      Form ID: SF00200    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.  
db/jdb         +Keith Allen Bliss,  Amy Kristen Bliss,   11075 E 200 N,   Greentown, IN 46936-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:  
           Ann M. DeLaney     ECFdelaney@trustee13.com, ecfdelaney@gmail.com  
           Steven Henry Patterson     on behalf of Creditor   U.S. Bank National Association inbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com  
           Thomas Bradley Barbour     on behalf of Joint Debtor Amy Kristen Bliss inn@geracilaw.com  
           Thomas Bradley Barbour     on behalf of Debtor Keith Allen Bliss inn@geracilaw.com  
           U.S. Trustee     ustpregion10.in.ecf@usdoj.gov  
                                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 06/2017)

In re:

**Keith Allen Bliss**,
**Amy Kristen Bliss**,
       Debtors.

Case No. **17–07592–JMC–13**

## NOTICE OF HEARING

A Motion to Determine Validity of Payment Change (Claim # 6 for U.S. Bank Trust National Association) was filed on June 10, 2019, by Trustee Ann M. DeLaney. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: July 16, 2019
    Time: 01:00 PM EDT
    Place: Rm. 325 U.S. Courthouse
          46 E. Ohio St.
          Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: June 11, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court