## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-07592 |
| Keith Allen Bliss<br>Amy Kristen Bliss | Chapter 13 |
| Debtor(s). | Judge James M. Carr |

### NOTICE OF APPEARANCE

Now comes Jon J. Lieberman, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust, in the above captioned proceedings.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on August 16, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Thomas Bradley Barbour, Debtors' Counsel
    inn@geracilaw.com

    Ann M. DeLaney, Trustee
    ECFdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on August 16, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Keith Allen Bliss, Debtor
    11075 E 200 N
    Greentown, IN 46936

    Amy Kristen Bliss
    11075 E 200 N
    Greentown, IN 46936

                                            /s/ Jon J. Lieberman
                                            Jon J. Lieberman (OH 0058394)
                                            Attorney for Creditor